IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| QUANTUM SYSTEMS INTEGRATORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:07-cv-491 |
| | ) | |
| SPRINT NEXTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This order comes upon consideration of Plaintiff Quantum Systems Integrators, Inc.'s First Motion for a Continuance Re: Opposition to Defendant's Motion for Summary Judgment (Dkt. no. 75), and Motions for Summary Judgment and Partial Summary Judgment (Dkt. nos. 67, 52). On November 15, 2007, the Court did not hear oral argument on the above motions, but instead conducted a hearing to determine the status of an audit being conducted by the parties' independent expert. For the reasons stated from the bench, it is hereby

ORDERED that any amendments to the Motions for Summary Judgment and Partial Summary Judgment shall be filed by 5:00 p.m on January 4, 2008. Also, any responses to these amendments and the Motions for Summary Judgment and Partial Summary Judgment are due by January 9, 2008. A hearing will be conducted on the Motions for Summary Judgment and Partial Summary Judgment (Dkt. nos. 67, 52) at 10:00 a.m. on January 11, 2008. Further, it is

ORDERED that the jury trial in this matter will be CONTINUED until February 5, 2008 at 10:00 a.m.

ENTERED this 19th day of November, 2007.

                                                                                    /s/
                                                            Liam O'Grady
                                                            United States District Judge

Alexandria, Virginia